UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNON C. ALLEN, | ) | No. ED CV 13-00947-AG (VBK) |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE RE: DISMISSAL |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

    The Court has received "Defendant's Notice of Non-Receipt of Plaintiff's Initial Portion of Joint Stipulation and Declaration," filed on February 14, 2014. Defendant advises the Court that Plaintiff has not provided his portion of the Joint Stipulation, which was due on January 16, 2014.

    The Court has not received any requests for an extension of time from Plaintiff.

    Based on the foregoing, Plaintiff is advised that the Court now issues an Order to Show Cause re: Dismissal. If Plaintiff has not provided his portion of the Joint Stipulation to Defendant by March 4, 2014, or provided to the Court in writing cause why this matter should

be dismissed, the Court will issue a Report and Recommendation that this matter be dismissed for non-prosecution.

Defendant will file a Status Report with the Court by March 5, 2014.

**IT IS SO ORDERED.**

DATED: February 18, 2014            /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE