UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. ED CV 13-00947-AG (VBK)<br><br>ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　**IT IS ORDERED** that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) judgment be entered affirming the decision of the Commissioner of Social Security, and (3) this action is dismissed with prejudice.

//

//

1  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2 Order and the Judgment herein by United States mail on counsel for
3 the parties of record.

4

5 DATED: June 29, 2014

   _____
   ANDREW J. GUILFORD
6  UNITED STATES DISTRICT JUDGE