JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| VERNON C. ALLEN, | ) | No. ED CV 13-00947-AG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) that judgment be entered affirming the decision of the Commissioner of Social Security, and (3) this action is dismissed with prejudice.

DATED: June 29, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE